UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH SANTOS, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:23-cv-1569 |
| BRIAN WHITE, | § § | JURY |
| *Defendant.* | § § | |

# NOTICE OF REMOVAL

Defendant Brian White ("White") removes this civil action originally filed in the 80th District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 1332, 1441 and 1446, and respectfully shows the Court:

1. On March 24, 2023, plaintiff Elizabeth Santos ("Santos") filed an original petition in the 80th District Court of Harris County, Texas, under Cause No. 2023-19357 against White. Santos alleges a cause of action for negligence arising from a motor vehicle accident.

2. Defendant was served on or about April 12, 2023 via the Chair of the Texas Transportation Commission.

4. This notice of removal is timely filed within the 30-day deadline required by 28 U.S.C. § 1446(b).

## Bases for Removal

5. This removal is based on diversity of citizenship. 28 U.S.C. 1332(a). In particular:

    a. Santos is a resident and citizen of Harris County, Texas. Therefore, Santos is a citizen of Texas;

    b. White is a resident and citizen of Edmond, Oklahoma. Therefore, White is a citizen of Oklahoma.

6. Santos alleges in paragraph I of her original petition that she seeks monetary relief over $250,000 but not more than $1,000,000. The amount in controversy is over $75,000. All requirements are met for removal under 28 U.S.C. §§ 1332 and 1441(b).

7. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division encompass Harris County, Texas, the place where the removed action has been pending.

8. Under 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the 80th District Court of Harris County, Texas and served on Plaintiff's counsel.

9. There are no defendants beyond White, so the consent of others is unnecessary for this removal.

## Local Rule 81 Attachments

10. As required by Local Rule 81, this notice of removal has attached only these documents:

    a.    an index of matters being filed;[1]

    b.    all executed process in the case;[2]

    b.    the original petition and the original answer thereto;[3]

    c.    all orders signed by the state judge (none);

    d.    the docket sheet;[4] and

    e.    a list of all counsel of record, including addresses, telephone numbers and parties represented.[5]

## Jury Demand

11. White demands a trial by jury.

## Conclusion and Prayer

WHEREFORE, White respectfully request the Court to sustain this removal, retain jurisdiction over the suit, and grant all further relief to which White may show himself to be entitled.

---

[1] Exhibit 1.

[2] Exhibit 2.

[3] Exhibits 3 and 4, respectively.

[4] Exhibit 5.

[5] Exhibit 6.

Respectfully submitted,

*s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
State Bar No. 00797732
S.D. Texas I.D. No. 25915
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
E-mail: jziemianski@cozen.com

OF COUNSEL:

COZEN O'CONNOR

Bryan P. Vezey
State Bar No. 00788583
S.D. Texas I.D. No. 19217
(Firm, address and phone as above)
E-mail: bvezey@cozen.com

ATTORNEYS FOR DEFENDANT
BRIAN WHITE

## CERTIFICATE OF SERVICE

I certify that, on April 27, 2023, a true copy of this document was served upon all counsel of record via the Court's electronic filing system, if enrolled; otherwise by mail, by electronic mail with the recipient's consent for same, or both.

*s/ Joseph A. Ziemianski*
Joseph A. Ziemianski