United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH SANTOS, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | C.A. No. 4:23-cv-01569 |
| § | |
| BRIAN WHITE, § | |
| § | |
| *Defendant*. § | |

### ORDER OF DISMISSAL

Plaintiff Elizabeth Santos and defendant Brian White, have filed a stipulation of dismissal of all claims against each other under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED**, that all claims between and among the parties are **DISMISSED WITH PREJUDICE**.

Each party will bear his or her own attorneys' fees and costs.

All relief requested in this lawsuit and not expressly granted in this order is **DENIED**.

This is a final order that disposes of all parties and all claims.

**SIGNED** on ___November 3___, 2023.

_____
UNITED STATES DISTRICT JUDGE